NICOLE HODGE AMEY (SBN 215157)
**THE LAW OFFICES OF NICOLE HODGE AMEY**
P.O. Box 5100
Oakland, California
Telephone:  (510) 569-3666
hodgelaw@gmail.com

Attorney for Plaintiff

# IN THE

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF  CALIFORNIA

| | |
|---|---|
| D.J., a minor by and through his Guardian Ad Litem<br><br>Plaintiff,<br><br>v.<br><br><br><br>WALNUT CREEK SCHOOL DISTRICT, SPECTRUM AND DOES 1-10<br><br>Defendant. | CASE NO:  3:24-cv-02660-LJC<br><br>**ORDER GRANTING PETITION FOR APPOINTMENT  OF GUARDIAN AD LITEM** |

Plaintiff D.J. a minor filed a Petition to Approve the Appointment of Kasra Rahimi as Guardian Ad Litem for D.J. The Court, having reviewed the record, finds this matter suitable for decision without oral argument. For the reasons set forth below, the Petition will be granted.

**BACKGROUND**

On or about May 2, 2024,  Plaintiff D.J. filed a Complaint against Defendants Walnut Creek Unified School District, Spectrum and Does 1-10 alleging he was abused while placed by Walnut Creek Unified School District in Spectrum School.

On May 28, 2024, D.J filed an application seeking appointment of Kasra Rahimi as D.J.'s guardian ad litem.

"District courts have a special duty, derived from Federal Rule of Civil Procedure 17(c), to safeguard the interests of litigants who are minors." Robidoux v. Rosengren, 638 F.3d 1177, 1181 (9th Cir. 2011). Pursuant to Rule 17 of the Federal Rules of Civil Procedure, a representative of a minor or incompetent person may sue of defend on the minor or incompetent person's behalf.

Plaintiff's motion satisfy the requirements for appointment of guardian ad litem under Fed. R. Civ. P. 17(c).

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The Petition to Appoint Kasra Rahimi as guardian ad litem for D.J. filed on May 28, 2024, is GRANTED; and

2. Kasra Rahimi is appointed to act as guardian ad litem for Plaintiff D.J. and is authorized to prosecute the claims on D.J.'s behalf.

IT IS SO ORDERED.

Dated: June 18, 2024

_____
Magistrate Judge Lisa J. Cisneros