BRIAN A. DUUS, ESQ. (SBN 263403)
SETH L. GORDON, ESQ. (SBN 347641)
**LEONE ALBERTS & DUUS**
A Professional Corporation
1390 Willow Pass Road, Suite 700
Concord, CA 94520
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601
Email: bduus@leonealberts.com
         sgordon@leonealberts.com

Attorneys for Defendant
WALNUT CREEK SCHOOL DISTRICT

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.J., a minor, by and through his Guardian Ad Litem KASRA and EDNA RAHIMI,<br><br>            Plaintiff,<br><br>    vs.<br><br>WALNUT CREEK SCHOOL DISTRICT, SPECTRUM, and DOES 1-10,<br><br>            Defendants. | **Case No.: 3:24-cv-2660-LJC**<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Now scheduled for:**<br><br>**Date: February 4, 2025**<br>**Time: 10:30 a.m.**<br>**Courtroom: G, 15th Floor**<br><br>**Hon. Lisa J. Cisneros**<br><br>Complaint: May 2, 2024<br>Trial Date:   Not yet set |

**WHEREAS**, on January 16, 2025, the Court gave notice of its Order that the initial case management conference previously set for January 23, 2025 was continued to

1

February 4, 2024 at 10:30 a.m., and the Court also stated that if the parties would like to continue the initial case management conference by 30 days (March 6, 2025 at 1:30 p.m.), they had the option to file a stipulation and proposed order.

**WHEREAS**, Defendant WALNUT CREEK SCHOOL DISTRICT has filed a Motion to Dismiss set for hearing on February 4, 2025.

**WHEREAS**, Defendant WALNUT CREEK SCHOOL DISTRICT has tendered this matter to both Defendant Spectrum and its insurance carrier Philadelphia Insurance Company pursuant to its written contract with Spectrum and Spectrum's insurance policy with Philadelphia that names the DISTRICT as an Additional Insured.

**WHEREAS**, the Parties have been referred to Magistrate Judge Donna M. Ryu for an early settlement conference, and Judge Ryu has scheduled a pre-settlement conference call with the Parties for January 29, 2025.

**WHEREAS**, **pursuant to the Court's Order and Local Rule 6-2**, the Parties stipulate to a request for an order changing the date and time for the Case Management Conference from February 4, 2025, 10:30 a.m., to March 6, 2025, at 1:30 p.m., or any date thereafter that is available on the Court's calendar.

Good cause exists to change the date of the Initial Case Management Conference given the pending Motion to Dismiss, which may require subsequent amended pleadings and/or the dismissal of this matter from federal court; that the DISTRICT may still bring a cross-complaint against Spectrum and/or a third-party complaint against Philadelphia Insurance for defense and indemnity in this matter; and, that the matter has been referred to an early settlement conference.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Dated: January 21, 2025                **LEONE ALBERTS & DUUS, APC**

/s/ *Brian A Duus*
BRIAN A. DUUS, ESQ.
SETH L. GORDON, ESQ.
Attorneys for Defendant WALNUT CREEK SCHOOL DISTRICT

Dated: January 21, 2025                **LAW OFFICES OF NICOLE HODGE AMEY**

/s/ *Nicole Hodge Amey*
NICOLE HODGE AMEY, ESQ.
Attorney for Plaintiff

Dated: January 24, 2025                **CHOLAKIAN & ASSOCIATES**

/s/ Kᴇᴠɪɴ K. Cʜᴏʟᴀᴋɪᴀɴ
KEVIN K. CHOLAKIAN, ESQ.
Attorney for Spectrum

## ORDER

**THE STIPULATION AS DRAFTED IS SO ORDERED.** The Case Management Conference is rescheduled from February 4, 2025, 10:30 a.m., to March 6, 2025, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: January 24, 2025                _____
                                        The Honorable Lisa Cisneros / Judge