UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.J., <br><br>         Plaintiff, <br><br>    v. <br><br> WALNUT CREEK SCHOOL DISTRICT, et al., <br><br>         Defendants. | Case No.  24-cv-02660-LJC <br><br> **CASE MANAGEMENT SCHEDULE** |

Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, the following deadlines and hearings are ordered:

| | |
|---|---|
| Initial disclosures (if not already served): | March 20, 2025 |
| Deadline to join parties and amend pleadings:[1] | June 13, 2025 |
| Joint case management statement: | October 2, 2025 |
| Further case management conference: | October 9, 2025, 1:30 PM |
| Fact discovery cut-off: | November 4, 2025 |
| Opening expert reports and disclosures: | November 18, 2025 |
| Rebuttal expert reports and disclosures: | December 2, 2025 |
| Expert discovery cut-off: | December 9, 2025 |
| Last day to file dispositive motions and *Daubert* motions: | December 16, 2025 |
| Last day to hear dispositive motions and *Daubert* motions: | January 20, 2026 |

---

[1] This Order is not intended to grant prospective leave to amend or add parties when such leave would otherwise be required.  A motion for leave to amend or add parties filed on or before this date must satisfy any otherwise-applicable standard for such leave.  A motion filed after this date must also meet the standard to modify a scheduling order.  *See* Fed. R. Civ. P. 16(b)(4).

| | | |
|---|---|---|
| 1 | Pretrial conference:[2] | April 17, 2026, 1:30 PM |
| 2 | Jury trial: | May 26, 2026 (7 days) |

**IT IS SO ORDERED.**

Dated: March 6, 2025

LISA J. CISNEROS
United States Magistrate Judge

---

[2] The parties are directed to the Standing Order for Civil Pretrial Conferences for Magistrate Judge Lisa J. Cisneros, available at https://cand.uscourts.gov/ljc.