UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.J.,<br><br>            Plaintiff,<br><br>    v.<br><br>WALNUT CREEK SCHOOL DISTRICT, et al.,<br><br>            Defendants. | Case No.  24-cv-02660-LJC<br><br>**ORDER DISMISSING CLAIMS AGAINST WALNUT CREEK SCHOOL DISTRICT WITH PREJUDICE**<br><br>Re: Dkt. No. 77 |

The Court previously granted a motion to dismiss filed by Defendant Walnut Creek School District (the District) and set a deadline of April 29, 2025 for Plaintiff D.J. to file a second amended complaint if he "wishes to pursue any claims against the District."  ECF No. 77 at 9.  That deadline has passed, and D.J. has not filed a second amended complaint.  All claims against the District are therefore DISMISSED WITH PREJUDICE.  This case shall proceed only as to D.J.'s claims against Defendant Spectrum.

**IT IS SO ORDERED.**

Dated: April 30, 2025

_____
LISA J. CISNEROS
United States Magistrate Judge