UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.J.,<br><br>        Plaintiff,<br><br>    v.<br><br>SPECTRUM,<br><br>        Defendant. | Case No.  24-cv-02660-LJC<br><br>**ORDER GRANTING MOTION TO APPROVE MINOR'S COMPROMISE**<br><br>Re: Dkt. No. 93 |

        The parties in this disability discrimination case reached a settlement, subject to the Court's approval, with Defendant agreeing to pay minor Plaintiff $55,000.  *See* ECF No. 93 at 3. Of the $55,000, $19,000 will be paid to Plaintiff's attorney, Nicole Hodge Amey.  *Id.*  Because Plaintiff D.J. is a minor, the Court must independently assess if the proposed settlement "serves the best interests of" D.J.  *Dacanay v. Mendoza,* 573 F.2d 1075, 1080 (9th Cir. 1978).  The focus of the Court's assessment is on "the net recovery of the minor plaintiffs under the proposed agreement," not "the amount of attorney's fees provided for in a settlement."  *Robidoux v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir. 2011).  The Court must evaluate "whether the net amount distributed to each minor plaintiff in the settlement is fair and reasonable, in light of the facts of the case, the minor's specific claim, and recovery in similar cases."  *Id.*  "So long as the net recovery to each minor plaintiff is fair and reasonable in light of their claims and average recovery in similar cases, the district court should approve the settlement as proposed by the parties."  *Id.*  The Court is not obligated to evaluate the award to plaintiff's counsel, as the "district court has no special duty to safeguard" counsel's interests.  *Id.*

        The Court previously directed Plaintiff to submit supplemental filings in a text-only Order (ECF No. 94), a subsequent written Order (ECF No. 96), and at the October 23, 2025 hearing. Based on Plaintiff's original and supplemental filings, and counsel's representations at the October

1   23 hearing, the Court finds the net settlement fair and reasonable to Plaintiff D.J. in light of his
2   claims, the facts of the case, and other plaintiffs' recovery in similar cases.  Plaintiff's Motion is
3   GRANTED, and the proposed settlement is APPROVED.  Defendant Spectrum shall pay $55,000
4   in accordance with the parties' settlement agreement, and the parties shall file a stipulation of
5   dismissal.
6       If the case has not been dismissed, a status conference will occur on December 18, 2025 at
7   1:30 PM via Zoom webinar videoconference.
8   **IT IS SO ORDERED.**
9   Dated: October 28, 2025

LISA J. CISNEROS
United States Magistrate Judge