NICOLE HODGE AMEY (SBN 215157)
**THE LAW OFFICES OF NICOLE HODGE AMEY**
P.O. Box 5100
Oakland, California
Telephone: (510) 569-3666
hodgelaw@gmail.com

Attorney for Plaintiff

IN THE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.J., a minor by and through his Guardian Ad Litem<br><br>Plaintiff,<br><br>v.<br><br><br>WALNUT CREEK SCHOOL DISTRICT, SPECTRUM AND DOES 1-10<br><br>Defendant. | CASE NO: 3:24-cv-02660-LJC<br><br>**JOINT STIPULATION TO DISMISS - COMPLAINTS PURSUANT TO VOLUNTARY SETTLEMENT AND ORDER OF DISMISSAL**<br><br>**F.R.C.P. 41(a)(1)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff through his court appointed Guardian Ad Litem and Defendants Spectrum, pursuant to their written settlement agreement, parties stipulate that this matter be dismissed with Prejudice as to all defendants.

November 25, 2025                                         Respectfully submitted,

*Nicole Hodge Amey*
Nicole Hodge Amey
**THE LAW OFFICE OF**
**NICOLE HODGE AMEY**
P.O. Box 5100
Oakland, California

1

|   |   |
|---|---|
| | Telephone: (510) 569-3666 |
| | Email: hodgelaw@gmail.com |
| | Attorney for D.J. |

December 1, 2025

_[signature]_
_____
Phillip J. Downs, Jr.
**CHOLAKIAN & ASSOCIATES**
The Clocktower Building
461 Second Street, Suite 452
San Francisco, CA 94107
pdowns@cholakian.net
Attorney for Spectrum

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The Stipulation to Dismiss Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) is approved.

IT IS SO ORDERED.

Dated: December 18, 2025

_[signature]_
_____
Magistrate Judge Lisa J. Cisneros

**Attestation**
**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I have consent of Defendant's counsel to file this stipulated dismissal.**
**December 18, 2025.**

_[signature]_

2

JOINT STIPULATION FOR DISMISSAL CASE NO: 3:24-CV-02660-LJC